# Order

**Michigan Supreme Court**
**Lansing, Michigan**

February 19, 2008

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

135307

ELMER SOULLIERE, a/k/a ELMER SOULLIER,
     Plaintiff-Appellee,

v

                                          SC: 135307
                                          COA: 268874
                                          Emmet CC: 04-008169-NH

ROBERT JOHNSON, M.D.,
     Defendant-Appellant,

and

NORTHERN MICHIGAN HOSPITAL, INC.,
     Defendant.
_____/

      On order of the Court, the application for leave to appeal the August 16, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

February 19, 2008                            _____
d0211                                               Clerk